AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUCK, PAUL C. | SD-FL | 11/18/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT COURT | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

90 NE FOURTH STREET
SUITE 1067
MIAMI, FLORIDA 33132

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HUCK, PAUL C. | 11/18/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2015 | UNIVERSITY OF MIAMI | $8,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2015 | SMALL BUSINESS OWNER |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | FLORIDA BAR | 6/30/15 | ORLANDO, FLORIDA | PROFESSIONAL EVENT | TRAVEL & LODGING |
| 2. | UNIVERSITY OF FLORIDA | 9/30/15 | GAINSVILLE, FLORIDA | PROFESSIONAL EVENT | TRAVEL & LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | (HEADER RAYMOND JAMES ACCT#1 | | | | | | | | | |
| 2. | AMGEN INC | A | Dividend | | | Sold | 09/28/15 | K | E | |
| 3. | AMTRUST FINANCIAL SVCS INC | A | Dividend | | | Sold | 02/02/15 | K | A | |
| 4. | AMTRUST FINANCIAL SVCS INC | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 5. | BANK OF AMERICA CORP | A | Dividend | | | Sold | 01/21/15 | K | A | |
| 6. | BANK UNITED INC | A | Dividend | K | T | Buy | 11/06/15 | K | | |
| 7. | BERKSHIRE HATHAWAY INC CL B | | None | L | T | | | | | |
| 8. | BLACKSTONE GROUP LP COM UNIT LTD | C | Dividend | K | T | | | | | |
| 9. | CARDINAL HEALTH INC | | None | | | Buy | 02/24/15 | K | | |
| 10. | CARDINAL HEALTH INC | | None | | | Sold | 09/28/15 | K | A | |
| 11. | CATERPILLAR INC | A | Dividend | | | Sold | 07/31/15 | K | A | |
| 12. | CERNER CORP | | None | | | Sold | 11/04/15 | K | E | |
| 13. | CHURCH & DWIGHT INC | B | Dividend | L | T | | | | | |
| 14. | DAVITA HEALTHCARE PARTNERS INC | | None | | | Sold | 12/24/15 | K | C | |
| 15. | DECKERS OUTDOOR CORP | | None | | | Buy | 02/05/15 | K | | |
| 16. | DECKERS OUTDOOR CORP | | None | | | Sold | 04/06/15 | K | B | |
| 17. | EXPRESS SCRIPTS HLDG CO | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EXXON MOBIL CORP | C | Dividend | L | T | | | | | |
| 19. FACEBOOK INC CL A | | None | L | T | Buy | 09/25/15 | L | | |
| 20. FORD MOTOR CO | A | Dividend | J | T | | | | | |
| 21. FRANKLIN STREET PPTYS CORP REIT | A | Dividend | | | Sold | 05/07/15 | K | A | |
| 22. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 23. ALPHABET INC CL C (FORMERLY GOOGLE INC) | | None | K | T | | | | | |
| 24. HOUGHTON MIFFLIN HARCOURT CO | | None | | | Buy | 06/08/15 | K | | |
| 25. HOUGHTON MIFFLIN HARCOURT CO | | None | | | Sold | 09/10/15 | K | A | |
| 26. IBM CORP | B | Dividend | | | Sold | 11/11/15 | K | D | |
| 27. JP MORGAN CHASE & CO | B | Dividend | K | T | Buy | 01/09/15 | K | | |
| 28. KNOLL INC | | None | | | Buy | 07/01/15 | K | | |
| 29. KNOLL INC | | None | | | Sold | 11/16/15 | K | A | |
| 30. MANHATTAN ASSOCS INC | | None | K | T | Buy | 01/21/15 | K | | |
| 31. MCCORMICK & CO INC | A | Dividend | K | T | Buy | 04/06/15 | K | | |
| 32. PGT INC | | None | | | Buy | 06/25/15 | K | | |
| 33. PGT INC | | None | | | Sold | 07/10/15 | K | A | |
| 34. PJT PARTNERS (SPIN OFF/ BLACKSTONE) | | None | | | Spinoff (from line 8) | 09/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PJT PARTNERS (SPIN OFF/ BLACKSTONE) | | None | | | Sold | 10/28/15 | J | A | |
| 36. PLATFORM SPECIALTY PRODUCTS CORP | | None | | | Sold | 01/09/15 | K | B | |
| 37. RAYMOND JAMES CASH ACCT | A | Interest | L | T | | | | | |
| 38. RAYTHEON CO | B | Dividend | L | T | Buy | 10/27/15 | L | | |
| 39. RYDER SYSTEMS INC | A | Dividend | | | Sold (part) | 02/24/15 | K | C | |
| 40. RYDER SYSTEMS INC | A | Dividend | | | Sold | 12/16/15 | K | A | |
| 41. SCHEIN HENRY INC | | None | L | T | | | | | |
| 42. SEALED AIR CORP | A | Dividend | | | Sold | 06/29/15 | L | E | |
| 43. STARBUCKS CORP | A | Dividend | M | T | | | | | |
| 44. STERIS CORP | A | Dividend | | | Sold | 09/24/15 | K | A | |
| 45. TIFFANY & CO | A | Dividend | K | T | Buy | 12/14/15 | K | | |
| 46. TJX COMPANIES INC | A | Dividend | K | T | | | | | |
| 47. UNITED INS HLDGS CORP | A | Dividend | L | T | Buy (add'l) | 07/31/15 | K | | |
| 48. UNITIL CORP | B | Dividend | K | T | Buy | 10/05/15 | K | | |
| 49. WILLIAMS COMPANIES INC | C | Dividend | | | Sold | 09/28/15 | L | D | |
| 50. GIBRALTER BANK CHECKING & MM | A | Int./Div. | L | T | | | | | |
| 51. (HEADER) RAYMOND JAMES ACCT#2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   ALTRIA GROUP INC | B | Dividend | K | T | | | | | |
| 53.   BANK OF AMERICA CORP | | None | | | Sold | 01/21/15 | J | A | |
| 54.   BANK OF AMERICA CORP MTN ISIN | A | Interest | | | Redeemed | 03/16/15 | M | A | |
| 55.   BLACKSTONE GROUP LP COM UNIT LTD | D | Dividend | L | T | | | | | |
| 56.   CARDINAL HEALTH | | None | | | Buy | 02/24/15 | K | | |
| 57.   CARDINAL HEALTH | A | Dividend | | | Sold | 09/28/15 | K | A | |
| 58.   CISCO SYSTEMS INC | A | Dividend | K | T | Buy | 08/17/15 | K | | |
| 59.   CITIGROUP INC NTS OID ISIN | C | Interest | L | T | | | | | |
| 60.   CONOCOPHILLIPS | A | Dividend | | | Sold | 07/31/15 | K | A | |
| 61.   CORNING INC NTS ISIN | B | Interest | L | T | Buy | 10/27/15 | L | | |
| 62.   WALT DISNEY CORP | A | Dividend | K | T | Buy | 08/05/15 | K | | |
| 63.   EATON CORP | | None | | | Buy | 05/15/15 | L | | |
| 64.   EATON CORP | | None | | | Sold | 08/13/15 | K | A | |
| 65.   EXXON MOBIL CORP | B | Dividend | K | T | | | | | |
| 66.   GENERAL MOTORS CO | B | Dividend | | | Buy | 02/13/15 | K | | |
| 67.   GENERAL MOTORS CO | | None | | | Sold | 07/24/15 | K | A | |
| 68.   HEALTH CARE REIT INC | A | Dividend | | | Sold | 04/20/15 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. INFINITY PROP & CASUALTY NTS ISIN | C | Interest | M | T | | | | | |
| 70. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 71. JOHNSON CONTROLS INC NTS ISIN | B | Interest | L | T | Buy | 12/10/15 | L | | |
| 72. LOCKHEED MARTIN CORP | C | Dividend | M | T | | | | | |
| 73. MANHATTAN ASSOCS INC | | None | | | Buy | 01/21/15 | K | | |
| 74. MANHATTAN ASSOCS INC | | None | | | Sold | 07/24/15 | K | D | |
| 75. MCCORMICK & CO INC | A | Dividend | K | T | Buy | 10/09/15 | K | | |
| 76. METHANEX CORP | | None | | | Buy | 02/23/15 | L | | |
| 77. METHANEX CORP | | None | | | Sold | 07/31/15 | K | A | |
| 78. MONMOUTH REAL ESTATE INVT CORP | B | Dividend | K | T | | | | | |
| 79. MONTPELIER RE HOLDINGS LTD NTS ISIN | B | Interest | L | T | | | | | |
| 80. NEXTERA ENERGY INC | B | Dividend | L | T | | | | | |
| 81. PJT PARTNERS (SPIN OFF/ BLACKSTONE) | | None | | | Spinoff (from line 55) | 09/22/15 | J | | |
| 82. PJT PARTNERS (SPIN OFF/ BLACKSTONE) | | None | | | Sold | 10/28/15 | J | A | |
| 83. PLATFORM SPECIALTY PRODUCTS CORP | | None | | | Sold | 01/21/15 | K | A | |
| 84. RAYMOND JAMES CASH ACCOUNT | A | Interest | L | T | | | | | |
| 85. RAYTHEON CO | B | Dividend | L | T | Buy | 10/27/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SEALED AIR CORP | A | Dividend | | | Sold | 09/24/15 | L | E | |
| 87. SIX FLAGS ENT CORP | B | Dividend | L | T | Sold (part) | 02/02/15 | K | D | |
| 88. SPDR S&P 500 ETF | B | Dividend | L | T | | | | | |
| 89. STERIS CORP | A | Dividend | | | Sold | 09/24/15 | K | A | |
| 90. THE DOW CHEMICAL CO MTN ISIN | B | Interest | | | Sold | 12/15/15 | L | A | |
| 91. UNITED INS HLDGS CORP | A | Dividend | K | T | Buy | 07/31/15 | K | | |
| 92. VERIZON COMMUNICATIONS INC | B | Dividend | K | T | | | | | |
| 93. VODAFONE GROUP PLC NEW SP ADR UK | | None | | | Sold | 01/21/15 | K | A | |
| 94. VCA INC | | None | | | Buy | 03/16/15 | L | | |
| 95. VCA INC | | None | | | Sold | 09/10/15 | L | A | |
| 96. WILLIAMS COMPANIES | B | Dividend | | | Sold | 09/28/15 | K | D | |
| 97. (HEADER) RAYMOND JAMES ACCOUNT#3 | | | | | | | | | |
| 98. ALABAMA WTR POLLUTION CTL AUTH | B | Interest | L | T | | | | | |
| 99. AMERICAN INTL GROUP INC NTS ISIN | B | Interest | L | T | | | | | |
| 100. AMGEN INC NTS ISIN | C | Interest | M | T | | | | | |
| 101. ASPEN INS HOLDINGS LTD NTS ISIN | B | Interest | L | T | Buy | 05/21/15 | L | | |
| 102. COMPUTER SCIENCES CORP NTS ISIN | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FL STATE BRD ED SER A | C | Interest | M | T | | | | | |
| 104. GENERAL ELECTRIC CAP CORP | A | Interest | | | Redeemed | 11/09/15 | K | A | |
| 105. GMAC CAPITAL TRUST I GTD TR PFD-2 | C | Dividend | K | T | | | | | |
| 106. GWINNETT CNTY GA SCH DIST | C | Interest | M | T | | | | | |
| 107. HEWLETT-PACKARD COMPANY NTS ISIN | B | Interest | K | T | | | | | |
| 108. JOHNSON CITY TENN | A | Interest | | | Redeemed | 06/01/15 | K | A | |
| 109. KKR & COMPANY LP DEL COM UNITS | B | Dividend | K | T | | | | | |
| 110. KNOLL INC | | None | | | Buy | 06/26/15 | K | | |
| 111. KNOLL INC | | None | | | Sold | 11/16/15 | K | A | |
| 112. MCCORMICK & COMPANY | A | Dividend | K | T | Buy | 06/06/15 | K | | |
| 113. MONMOUTH REAL ESTATE INVT CORP | B | Dividend | K | T | | | | | |
| 114. NEXTERA ENERGY INC | A | Dividend | K | T | | | | | |
| 115. RAYMOND JAMES CASH ACCOUNT | A | Int./Div. | K | T | | | | | |
| 116. VIRGINIA COLLEGE BLDG AUTH VA EDL FA | C | Dividend | M | T | Buy | 11/13/15 | M | | |
| 117. WELLS FARGO & COMPANY MTN ISIN | C | Interest | M | T | | | | | |
| 118. WILLIAMS COMPANIES INC DEL | B | Dividend | | | Sold | 09/28/15 | K | A | |
| 119. (HEADER) RAYMOND JAMES ACCT#4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. RAYMOND JAMES CASH ACCOUNT | A | Int./Div. | J | T | | | | | |
| 121. (HEADER) **OTHER INVESTMENTS | | | | | | | | | |
| 122. 22 LANTERN LLC CLASS B | | None | J | U | | | | | |
| 123. 22 LANTERN LLC CLASS C | | None | K | U | | | | | |
| 124. 22 LANTERN LLC CLASS D | | None | K | U | | | | | |
| 125. EZGREEN ASSOC LLC | | None | J | U | | | | | |
| 126. HTG CRYSTAL COVE INVEST 10 PLUS LLC | C | Distribution | M | U | | | | | |
| 127. HTG CRYSTAL COVE INVEST II LLC | A | Distribution | K | U | | | | | |
| 128. KENDALL LAKES APTS LLC CLASS B MIAMI FLORIDA | A | Rent | J | U | | | | | |
| 129. KENDALL LAKES APTS LLC CLASS C | | None | K | U | | | | | |
| 130. KENDALL LAKES APTS LLC CLASS D | | None | K | U | | | | | |
| 131. LAKEHOUSE I LTD RENTAL PROP MIAMI FLORIDA | D | Rent | J | U | | | | | |
| 132. MARATHON LENDING CO II LLC | | None | K | U | | | | | |
| 133. MARATHON LENDING CO LLC | | None | K | U | | | | | |
| 134. NW 6 LLC | C | Interest | L | U | | | | | |
| 135. RASCON ASSOCIATES LTD | A | Interest | J | U | | | | | |
| 136. SW 214 LLC | A | Interest | | | Sold | 07/01/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TR-1 LLC | B | Interest | K | U | | | | | |
| 138. TR-2 LLC | C | Interest | M | U | | | | | |
| 139. OMAN TRUSTEE-WALDIN 5 | A | Distribution | J | U | | | | | |
| 140. (HEADER) YAYA INVESTMENT CLUB CG | | | | | | | | | |
| 141. CASH - CHARLES SCHWAB | | None | J | T | | | | | |
| 142. ABBOTT LABORATORIES | A | Dividend | | | Buy | 03/12/15 | J | | |
| 143. ABBOTT LABORATORIES | | None | | | Sold | 05/07/15 | J | A | |
| 144. ABBOTT LABORATORIES | | None | J | T | Buy | 09/22/15 | J | | |
| 145. AFLAC INC | A | Dividend | | | Buy | 01/15/15 | J | | |
| 146. AFLAC INC | | None | | | Sold | 06/09/15 | J | A | |
| 147. ALIBABA GROUP HLDG ADR F | | None | | | Sold | 01/29/15 | J | A | |
| 148. AMBARELLA INC | | None | | | Buy | 02/12/15 | J | | |
| 149. AMBARELLA INC | | None | | | Sold | 06/22/15 | J | A | |
| 150. AMBARELLA INC | | None | J | T | Buy | 09/28/15 | J | | |
| 151. AMERICAN EXPRESS COMPANY | A | Dividend | | | Sold | 07/07/15 | J | A | |
| 152. BAIDU INC ADR | | None | | | Sold | 03/12/15 | J | A | |
| 153. APPLE INC | A | Dividend | J | T | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BIOGEN INC | | None | | | Buy | 03/12/15 | J | | |
| 155. BIOGEN INC | | None | | | Sold | 05/07/15 | J | A | |
| 156. BIOGEN INC | | None | J | T | Buy | 08/21/15 | J | | |
| 157. CELGENE CORP | | None | J | T | Buy (add'l) | 06/30/15 | J | | |
| 158. CELGENE CORP | | None | | | Sold (part) | 08/24/15 | J | A | |
| 159. EOG RESOURCES INC | A | Dividend | | | Buy | 04/09/15 | J | | |
| 160. EOG RESOURCES INC | | None | | | Sold | 07/20/15 | J | A | |
| 161. EXXON MOBIL CORP | A | Dividend | | | Buy | 05/07/15 | J | | |
| 162. EXXON MOBIL CORP | | None | | | Sold | 07/24/15 | J | A | |
| 163. FEDEX CORP | A | Dividend | J | T | Buy (add'l) | 01/22/15 | J | | |
| 164. FEDEX CORP | | None | | | Sold (part) | 03/18/15 | J | A | |
| 165. GILEAD SCIENCES INC | A | Dividend | J | T | | | | | |
| 166. GOPRO INC | | None | | | Buy | 01/15/15 | J | | |
| 167. GOPRO INC | | None | | | Sold | 03/12/15 | J | A | |
| 168. MEDTRONIC INC | A | Dividend | | | Sold | 01/30/15 | J | A | |
| 169. MOBILEYE NV | | None | | | Buy | 07/17/15 | J | | |
| 170. MOBILEYE NV | | None | | | Sold | 09/10/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. OPKO HEALTH INC | | None | J | T | Buy | 07/07/15 | J | | |
| 172. NXP SEMICONDUCTORS NV F | | None | | | Sold | 06/09/15 | J | A | |
| 173. PFIZER INCORPORATED | | None | J | T | Buy | 11/16/15 | J | | |
| 174. QUALCOMM INC | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 175. RALPH LAUREN CORP | A | Dividend | | | Buy | 03/03/15 | J | | |
| 176. RALPH LAUREN CORP | | None | | | Sold | 03/30/15 | J | A | |
| 177. ROYAL BANK OF CANADA | A | Dividend | J | T | Buy | 01/22/15 | J | | |
| 178. SCHLUMBERGER LTD | A | Dividend | J | T | Buy | 07/07/15 | J | | |
| 179. SINCLAIR BROADCAST GP | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 180. TOYOTA MOTOR CORP | A | Dividend | J | T | Buy | 07/07/15 | J | | |
| 181. UNITED RENTALS INC | | None | | | Sold | 07/21/15 | J | A | |
| 182. WALGREENS BOOTS ALLIANCE | A | Dividend | J | T | Sold (part) | 03/26/15 | J | A | |
| 183. WALT DISNEY CORP | A | Dividend | J | T | Sold (part) | 03/12/15 | J | A | |
| 184. THE WHITEWAVE FOODS CO | | None | | | Sold | 01/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THIS AMENDED REPORT INCLUDES THE INVESTMENT "OMAN TRUSTEE-WALDIN 5" ON LINE 139, WHICH WAS INADVERTENTLY OMITTED IN THE ORIGINAL FILING.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ PAUL C. HUCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544